IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-02992-REB

DEFENDERS OF WILDLIFE,

    Petitioner,

v.

U.S. FOREST SERVICE, and
U.S. FISH AND WILDLIFE SERVICE,

    Respondents.

---

**JOINT CASE MANAGEMENT PLAN FOR
PETITION FOR REVIEW OF AGENCY ACTION**

---

**1.    APPEARANCES OF COUNSEL**

<u>For Petitioner:</u>
Ellen Medlin Richmond
McCrystie Adams
Defenders of Wildlife
600 17th Street
Suite 450N
Denver, CO 80202
Telephone: 720-943-4284
Email: erichmond@defenders.org Email: madams@defenders.org

<u>For Respondents:</u>
Briena L. Strippoli
Emma L. Hamilton
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0339 (Strippoli)
Telephone: (303) 844-1361 (Hamilton)
Email: briena.strippoli@usdoj.gov
Email: emma.hamilton@usdoj.gov

**2.	STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Petitioner asserts that the Court has jurisdiction over this action under 16 U.S.C. § 1540(g) (Endangered Species Act), 5 U.S.C. § 551 *et seq*., (Administrative Procedure Act), 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1346(a)(2) (agency defendant).

Respondents assert that the Court lacks jurisdiction over some or all of Petitioner's claims due to statute of limitations, waiver, and/or failure to exhaust administrative remedies.  Respondents will raise any jurisdictional defenses in their merits brief.

**3.	DATES OF FILING OF RELEVANT PLEADINGS**

**A.	Date Petition for Review Was Filed:** Nov. 8, 2021

**B.	Date Petition for Review Was Served on U.S. Attorney's Office:** Nov. 12, 2021

**C.	Date Answer or Other Response Was Filed:** Jan. 11, 2022

**4.	STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Petitioner is not currently seeking emergency relief. However, Petitioner remains concerned about projects that may be implemented under the 2020 Rio Grande National Forest Land Management Plan ("Plan") alleged to be unlawful. For that reason, Petitioner is monitoring logging projects that are proposed in lynx habitat on the Forest.

The parties have discussed this issue, and Respondents have advised Petitioner to monitor the U.S. Forest Service's Schedule of Proposed Actions ("SOPA") website for project information.

 Respondents state that this case does not raise any unusual claims or defenses.

## 5. OTHER MATTERS

Petitioner filed a Notice of Related Case to *San Luis Valley Ecosystem Council, et al. v. Dallas, et al.*, 1:21-cv-2994-REB (D. Col.). (ECF No. 5.)

The two cases arise from a common set of facts, involve the U.S. Forest Service, and challenge the same federal agency action. This includes the Final Environmental Impact Statement and Record of Decision for the 2020 Rio Grande National Forest Land Management Plan. However, they do not share legal claims in common. Accordingly, Respondents oppose consolidation.

## 6. PROPOSED BRIEFING SCHEDULE

**A.   Deadline for Filing Administrative Records:** June 14, 2022

The administrative record has been served on the parties. The administrative record shall be filed with the Court by the date above. The record shall be Bates-numbered and filed via the CM/ECF system of the court in the manner required by D.C.COLO.LCivR 5.1 and the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), including Sections 1.1 - 1.2 of the electronic case filing procedures.

**B.   Deadline for Parties to Confer on Record Disputes:** Apr. 18, 2022

Petitioner shall notify Respondents by the date above regarding documents they believe should be included in the administrative records. The parties will work to resolve any such issues out of court prior to the filing of any motion regarding the administrative record.

**C.   Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:** June 1, 2022

If the parties are unable to resolve any disputes regarding the administrative records, Petitioner shall file any motion regarding the outstanding disputes by the date above. The response and reply deadlines for that motion will be governed by D.C.COLO.LCivR 7.1.

The parties agree that, in the event of any motion challenging the administrative records, the below schedule for merits briefing will be suspended pending a ruling regarding the administrative records. However, if the motion regarding the administrative record seeks only the addition of a small number of documents, the parties will meet and confer to discuss the possibility of one or both parties requesting an amendment of this Plan to move forward with merits briefing while the motion regarding the administrative record is pending.

D.    **Petitioner's Opening Brief Due:** July 1, 2022

If there is no motion regarding the administrative records, Petitioner shall file an opening brief by the date above.

E.    **Respondents' Answering Brief Due:** Aug. 15, 2022

If there is no motion regarding the administrative records, Respondents shall file an answering brief by the date above.

F.    **Petitioner's Reply Brief (If Any) Due:** Sept. 16, 2022

If there is no motion regarding the administrative records, Petitioner shall file a reply brief by the date above.

G.  **Page Limits for Briefing**

The parties agree that, excluding case caption, signature block, and tables, the page limits for merits briefing shall be as follows: 40 pages for Petitioner's opening brief, 40 pages for Respondents' answering brief, and 20 pages for Petitioner's reply brief.

7.    **STATEMENTS REGARDING ORAL ARGUMENT**

A.    **Petitioner's Statement:**

Petitioner requests oral argument in light of the complexity of the issues in this case.

B.   **Respondents' Statement:**

Respondents take no position regarding oral argument and defer to the Court's determination of whether oral argument would assist the Court in this case. Should the Court decide that oral argument is warranted, counsel will attend and present argument on behalf of Respondents.

**8.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (x)   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**9.   OTHER MATTERS**

The parties acknowledge the requirements of Fed. R. Civ. P. 5(d)(1), D.C.COLO.LCivR 5.1(d), and D.C.COLO.LCivR 6.1(c).

**10.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 16th day of May, 2022.

BY THE COURT

*Bob Blackburn*
United States District Judge

APPROVED:

| | |
|---|---|
| /s/ Ellen Medlin Richmond<br>Ellen Medlin Richmond<br>McCrystie Adams<br>Defenders of Wildlife<br>600 17th Street<br>Suite 450N<br>Denver, CO 80202<br>Telephone: 720-943-4284<br>Email: erichmond@defenders.org<br>Email: madams@defenders.org<br><br>Attorneys for Petitioner | /s/ Emma L. Hamilton_____<br>Briena L. Strippoli<br>Emma L. Hamilton<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE<br>Washington, DC 20002<br>Telephone: (202) 305-0339 (Strippoli)<br>Telephone: (303) 844-1361 (Hamilton)<br>Email: briena.strippoli@usdoj.gov<br>Email: emma.hamilton@usdoj.gov<br><br>Attorneys for Respondents |